STEVEN B. KILLPACK, Federal Defender (#1808)
KRISTEN R. ANGELOS, Assistant Federal Defender (#8314)
**UTAH FEDERAL DEFENDER OFFICE**
Attorney for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

_____

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS** |
|---|---|
| Plaintiff, | |
| v. | Case No.  2:08 CR 061 DAK |
| HAROLD LYMAN, | |
| Defendant. | |

Defendant, Harold Lyman, by and through his attorney of record, Kristen R. Angelos, hereby gives notice to the Court that he withdraws his previously filed Motion to Dismiss filed on January 26, 2010 (Docket No. 35 ).  It is Defendant's intention to withdraw this motion based on discussions with the Government involving ongoing plea negotiations.  Defendant reserves the right to re-file said motion if the matter is not resolved and the parties proceed to trial.

DATED this 15th  day of April, 2010.

/s / Kristen R. Angelos
KRISTEN R. ANGELOS
Assistant Federal Defender

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS** was filed electronically and caused to be served by electronic notice to all parties listed below on this 15th day of April, 2010.

Carlie Christensen
Acting United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

Richard D. McKelvie
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

/s/ Allyson Ashment
Utah Federal Defender Office